UNITED STATES DISTRICT COURT
DISTRICT OF MAINE

| | ) | |
|---|---|---|
| IN RE: KINLEY MACDONALD | ) | 2:22-cv-00336-JAW |
| | ) | |
| | ) | |

**ORDER AFFIRMING RECOMMENDED DECISION**

On October 21, 2022, Petitioner Kinley MacDonald, proceeding pro se, petitioned the Court for a writ of mandamus. *Pet.* (ECF No. 1). The United States Magistrate Judge filed with the Court on December 1, 2022 his Recommended Decision (ECF No. 2), recommending that the Court dismiss the petition. Ms. MacDonald filed an objection on November 23, 2022. *Pet'r's Obj. to Recommended Decision on Pet. for Writ of Mandamus* (ECF No. 3) (*Pet'r's Obj.*).

The Court reviewed and considered the Magistrate Judge's Recommended Decision, together with the entire record; the Court made a de novo determination of all matters adjudicated by the Magistrate Judge's Recommended Decision; and the Court concurs with the recommendations of the United States Magistrate Judge for the reasons set forth in his Recommended Decision and dismisses the petition for writ of mandamus.

The Court notes for Ms. MacDonald that, while she has identified statutes that give federal courts jurisdiction over certain matters, *Pet'r's Obj.* at 1, no statute gives a federal court authority to issue a writ of mandamus directing a state court in the performance of its official duties. *See Recommended Decision* at 1 (collecting cases).

1. It is therefore ORDERED that the Recommended Decision of the

       Magistrate Judge (ECF No. 2) be and hereby is <u>AFFIRMED</u>.

2.     It is further <u>ORDERED</u> that Kinley MacDonald's Petition for Writ of Mandamus (ECF No. 1) be and hereby is <u>DISMISSED</u>.

SO ORDERED.

                                <u>/s/ John A. Woodcock, Jr.</u>
                                JOHN A. WOODCOCK, JR.
                                UNITED STATES DISTRICT JUDGE

Dated this 16th day of December, 2022